UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE HANEY,<br><br>    Petitioner,<br><br>    v.<br><br>L. LUNDY, Warden,<br><br>    Respondent. | Case No. 2:24-cv-03159-VBF-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition") and all of the records herein, including the July 15, 2024 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

    IT IS HEREBY ORDERED that the Petition and this action are dismissed without prejudice.

///

///

1 | IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2 | Report and Recommendation, and the Judgment herein on Petitioner and any
3 | counsel for Respondent.
4 | LET JUDGMENT BE ENTERED ACCORDINGLY.

6 | DATED:  January 6, 2025

8 |                         /s/ Valerie Baker Fairbank
9 |                         _____
10|                         HONORABLE VALERIE BAKER FAIRBANK
                            UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE HANEY,<br><br>              Petitioner,<br><br>   v.<br><br>L. LUNDY, Warden,<br><br>             Respondent. | Case No. 2:24-cv-03159-VBF-JC<br><br>(PROPOSED)<br>JUDGMENT |

    Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed without prejudice.

DATED: _____

                                      _____
                                      HONORABLE VALERIE BAKER FAIRBANK
                                      UNITED STATES DISTRICT JUDGE