JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **BRUCE HANEY,** | No. LA CV 24-03159-VBF-JC |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| L. LUNDY (Warden), | |
| Respondent. | |

**Final judgment is hereby entered in favor of the respondent warden and against the petitioner.**

IT IS SO ADJUDGED.

Dated: January 6, 2025

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge